UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLENN FAVRE, et al, | |
| Plaintiffs, | CIVIL ACTION FILE |
| vs. | NO. 1:10-cv-3757-TCB |
| GOLDMAN SACHS, HOLDINGS, INC., et al, | |
| Defendants. | |

## J U D G M E N T

This action having come before the court, the Honorable Timothy C. Batten, Sr., United States District Judge, for a frivolity determination pursuant to 28 U.S.C. §1915(e)(2), and the court having made such determination, it is

**Ordered and Adjudged** that the action be **dismissed** pursuant to 28 U.S.C. §1915(e)(2) .

Dated at Atlanta, Georgia this 5th day of January, 2011.

                                                                             JAMES N. HATTEN
                                                                             CLERK OF COURT


                                                    By:  s/ Amy Cash McConochie
                                                                Deputy Clerk


Prepared & Filed
In the Clerk's Office
    January 5, 2011
James N. Hatten
Clerk of Court

By: s/ Amy Cash McConochie
        Deputy Clerk